UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMTH MUSIC, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:22-CV-00114 <br><br> JUDGE SHARON JOHNSON COLEMAN <br><br> MAGISTRATE JUDGE GABRIEL A. FUENTES |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff, BMTH Music, Ltd.'s ("BMTH" or "Plaintiff") Motion for a Preliminary Injunction, and this Court having heard the evidence before it, hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can

1

and do purchase products using counterfeit versions of Plaintiffs' Trademarks (collectively referred to as "Defendant Internet Store" or "Seller Aliases"). See Docket No. 11, Exhibit 2 to the Declaration of Paul Varley, which includes screenshot evidence confirming that each defendant online marketplace account does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Bring Me The Horizon Trademarks.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that BMTH has a likelihood of success on the merits; that no remedy at law exists; and that BMTH will suffer irreparable harm if the injunction is not granted.

Specifically, BMTH has proved a *prima facie* case of trademark infringement because: (1) the BMTH Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Plaintiff's federally registered trademarks are valid and in full force and effect; (3) Defendants are not licensed or authorized to use any of the BMTH Trademarks; and, (4) Defendants' use of the BMTH Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with BMTH. Furthermore, Defendants' continued and unauthorized use of the BMTH Trademarks irreparably harms BMTH through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, BMTH has an inadequate remedy at law. Moreover, the public interest is served by

entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using Plaintiff's Bring Me The Horizon Trademarks, and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BMTH product or not authorized by BMTH to be sold in connection with Plaintiff's BMTH Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BMTH product or any other product produced by BMTH, that is not Plaintiff's nor produced under the authorization, control or supervision of BMTH nor approved by BMTH for sale using the BMTH Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of BMTH, or are sponsored by, approved by, or otherwise connected with BMTH;

    d. further infringing the BMTH Trademarks and damaging BMTH's goodwill;

    e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for BMTH, nor authorized by BMTH to be sold or offered for sale, and which bear any of Plaintiff's BMTH Trademarks, and/or any reproductions, counterfeit copies, or colorable imitations thereof;

    f.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit BMTH Products; and

    g.    operating and/or hosting websites at the Defendant Internet Stores and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's BMTH Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine BMTH product or not authorized by BMTH to be sold in connection with the BMTH Trademarks.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as eBay, Inc. ("eBay"), Amazon, Inc. ("Amazon"), ContextLogic, Inc. ("Wish"), Etsy, Inc. ("Etsy"), Ecrater, Bonanza, and Alibaba Group Holding Ltd. including AliExpress, Inc. ("AliExpress") (collectively, the "Online Marketplaces"), and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, and web hosts for the Defendant Internet Stores, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a.  disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the Bring Me The Horizon Trademarks, including any accounts associated with the Defendants listed on the Schedule A;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the BMTH Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Internet Stores, identified on the Schedule A, from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Internet Stores or other websites operated by Defendants, including, without limitation, the Online Marketplaces, web hosts, back-end service providers, banks, merchant account providers, and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to BMTH expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores, and Defendants' financial

      accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores;

   c. Defendants' websites and/or any online marketplace accounts;

   d. The Defendant Internet Stores or any domain name registered by Defendants; and

   e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. eBay, PayPal, Inc. ("PayPal"), Wish, Amazon, Etsy, and Alipay, Inc. ("Alipay") (collectively, the "Payment Processors"), or any other party and/or Online Marketplace or payment processor in privity with Defendants, any banks, savings and loan association or other financial institution, shall within five (5) business days of receipt of this Order:

   a. Locate all accounts and funds connected to Defendants, Defendants Internet Stores or Defendants' websites including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses

6

      associated with the Defendants identified by either the Defendants or third parties; and

   b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. BMTH may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and/or by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "feng yi Store and all other Defendants identified in the Schedule A to the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. The Clerk of Court is directed to unseal Plaintiff's Complaint, Exhibit 1 to the Complaint, Schedule A to the Complaint, Motion for Temporary Restraining Order and Motion to Extend the Temporary Restraining Order and the memorandum and supporting pleadings and exhibits thereto, and the Temporary Restraining Order and Extension of the Temporary Restraining Order.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to BMTH or on shorter notice as set by this Court.

9. The $10,000 bond posted by BMTH shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: February 10, 2022

Sharon Johnson Coleman
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMTH Music, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships And Unincorporated Associations Identified On Schedule A, <br><br> Defendants. | Case No.: 1:22-cv-00114 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Gabriel A. Fuentes |

## Schedule A to the Complaint

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | feng yi Store | aliexpress.com/store/5361009 |
| 2 | fighting go Store | aliexpress.com/store/911806012 |
| 3 | GHH16 Store | aliexpress.com/store/5887248 |
| 4 | h7788 Store | aliexpress.com/store/912501510 |
| 5 | Jaegery Store | aliexpress.com/store/911771170 |
| 6 | KUAIP Store | aliexpress.com/store/5380034 |
| 7 | shop 91110105mh Store | aliexpress.com/store/912265058 |
| 8 | Shop910315014 Store | aliexpress.com/store/910315014 |
| 9 | Shop910562307 Store | aliexpress.com/store/910562307 |
| 10 | Shop910566089 Store | aliexpress.com/store/910566089 |
| 11 | Shop910645054 Store | aliexpress.com/store/910645054 |
| 12 | Shop911048044 Store | aliexpress.com/store/911048044 |
| 13 | ShopAliaeAbnewfuture Store | aliexpress.com/store/911612698 |
| 14 | ShopAliaeCcnewfuture Store | aliexpress.com/store/911653354 |
| 15 | t-shirt18 Store | aliexpress.com/store/5567071 |
| 16 | YI YI EUN SANG Store | aliexpress.com/store/3408020 |
| 17 | ymx03 Store | aliexpress.com/store/910318251 |
| 18 | Doris-SUH | amazon.com/sp?seller=A1UJ1YU0M9QFKX |
| 19 | KITAICHIety | amazon.com/sp?seller=A3CYMX8Y5OOF8F |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 20 | love for pig | amazon.com/sp?seller=ALT6E69M1SYKI |
| 21 | Mianw NUIIN | amazon.com/sp?seller=A1ZGEGX6TBLG85 |
| 22 | Peter Smith Sunny | amazon.com/sp?seller=A15Q740AO4MPH2 |
| 23 | shenlam | amazon.com/sp?seller=AR1KPZCKJ0OTX |
| 24 | yongdingqujunnengbeibaihuodian | amazon.com/sp?seller=A1ORIQS8C1GGMG |
| 25 | YUANLI725 | amazon.com/sp?seller=AUIHJEMQ0R0T0 |
| 26 | zhoumachao4565 | amazon.com/sp?seller=A11FJN3YTQQP16 |
| 27 | catherine002 | dhgate.com/store/21622962 |
| 28 | catherine003 | dhgate.com/store/21622964 |
| 29 | dirajshoe | dhgate.com/store/21697270 |
| 30 | diyairshoes | dhgate.com/store/21699695 |
| 31 | diyaj1shoes | dhgate.com/store/21699603 |
| 32 | diycasualshoes | dhgate.com/store/21697281 |
| 33 | facaizyh1 | dhgate.com/store/21711310 |
| 34 | happycustomized | dhgate.com/store/21166759 |
| 35 | hkboy | dhgate.com/store/21295265 |
| 36 | hl91888 | dhgate.com/store/21637160 |
| 37 | lusi07 | dhgate.com/store/21143458 |
| 38 | meetshoes | dhgate.com/store/21711543 |
| 39 | mu03 | dhgate.com/store/21599639 |
| 40 | sfe1012 | dhgate.com/store/21665721 |
| 41 | shenglan8713 | dhgate.com/store/21687022 |
| 42 | supremedh | dhgate.com/store/21648932 |
| 43 | xiazhi11 | dhgate.com/store/21043547 |
| 44 | yuyi1012 | dhgate.com/store/21671144 |
| 45 | allanguhl | ebay.com/usr/allanguhl |
| 46 | anifitri-0 | ebay.com/usr/anifitri-0 |
| 47 | anticaporta | ebay.com/usr/anticaporta |
| 48 | hoz-records | ebay.com/usr/hoz-records |
| 49 | imagine-nation | ebay.com/usr/imagine-nation |
| 50 | margaretsmarvels | ebay.com/usr/margaretsmarvels |
| 51 | mrmusicman45s | ebay.com/usr/mrmusicman45s |
| 52 | musicdelight | ebay.com/usr/musicdelight |
| 53 | rajith_89 | ebay.com/usr/rajith_89 |
| 54 | retro-prints | ebay.com/usr/retro-prints |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 55 | ukdav_1jjiz | ebay.com/usr/ukdav_1jjiz |
| 56 | BubbleNSqueakGifts | etsy.com/uk/shop/BubbleNSqueakGifts |
| 57 | DawidRyski | etsy.com/uk/shop/DawidRyski |
| 58 | PineConesPrints | etsy.com/uk/shop/PineConesPrints |
| 59 | WahdanID | etsy.com/uk/shop/WahdanID |
| 60 | ZoidbergINC | etsy.com/uk/shop/ZoidbergINC |
| 61 | Agar | wish.com/merchant/5e7b548dd14fc458c3244968 |
| 62 | allscien | wish.com/merchant/5fa83b6700c0bbce947f1038 |
| 63 | Amanda Diaz | wish.com/merchant/5e85b0b1338f47cd39a2a5b2 |
| 64 | Angela Rose | wish.com/merchant/5e888edc29e78658dc20b1a9 |
| 65 | anjia fashion | wish.com/merchant/54169e117541ce3cdb2508a2 |
| 66 | cai fashion | wish.com/merchant/540940347f086e17ac87cac9 |
| 67 | Casa de Oracion | wish.com/merchant/5e9053a13795e5318069b8c1 |
| 68 | chengxinkai29913 | wish.com/merchant/5fc7233ecd0672d2eba64ce7 |
| 69 | chenping Store me | wish.com/merchant/5f8bb5537d0a104b51966fe0 |
| 70 | daixi159357 | wish.com/merchant/5fe42e91e284284ff1c2b00a |
| 71 | David Williamsa | wish.com/merchant/5e893fc55a8fce89554a8ab5 |
| 72 | dengxianman Store | wish.com/merchant/5f74871cbad357782bb39b78 |
| 73 | eyo6399shop | wish.com/merchant/5f2b74bfa420270576c56680 |
| 74 | fuyangyang3386 | wish.com/merchant/5ec50240bdf861dcca536e5a |
| 75 | gang fashion | wish.com/merchant/540bf2147f086e6cbac64cf3 |
| 76 | gaojiale Store | wish.com/merchant/5f8aa1121c8085878ef165f2 |
| 77 | gaosiying Store | wish.com/merchant/5f8919d14b99ad5c51cc6784 |
| 78 | gold5133 | wish.com/merchant/5e89880402e0177cc084436d |
| 79 | Grdulos Store | wish.com/merchant/5fd77b0582d67f3647c2cf87 |
| 80 | guoyuan | wish.com/merchant/58548f5315c83d4cb41719ee |
| 81 | hokjuh Friday | wish.com/merchant/541eba8882b9ac03b343ab22 |
| 82 | Huangfu9820 | wish.com/merchant/5fd5cd037885469322393849 |
| 83 | huzyu | wish.com/merchant/5eb21f9af198ff05cbb8854e |
| 84 | Hyacinth Macaw | wish.com/merchant/608f6e73850ace82831a8dde |
| 85 | Jason Duffey | wish.com/merchant/5e84943cbc418d3d390e50e7 |
| 86 | Jenna Murphy | wish.com/merchant/5e8566becb44f93564066538 |
| 87 | jhfioahwui;osaihoisaihgioahsdfg | wish.com/merchant/60810c25400b8c0044c0de74 |
| 88 | jimmy33001 | wish.com/merchant/5fd85b06686bfa07819beb5b |
| 89 | jinshiyuanjiuye | wish.com/merchant/5b80f7b5008a3e2c7ac8150b |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 90 | kaiming | wish.com/merchant/593586d06fffc74cfcecc9aa |
| 91 | kennaahn55397419 | wish.com/merchant/5eb06044e5e7c3ff9ff3d7ca |
| 92 | KENNETH L LEMONS | wish.com/merchant/5e85e4ff02a8006c8013b0c2 |
| 93 | Kevin Parrish | wish.com/merchant/5e9ae7e129e7862b4031d4a2 |
| 94 | keylorspqrxvmg | wish.com/merchant/5e9fb8f3069202a0eb3d9b44 |
| 95 | Kootheh | wish.com/merchant/5f129aed5288a6dda45223ea |
| 96 | Krysten Wilson | wish.com/merchant/5e9810b9654fc10b02e59a97 |
| 97 | Kurt Gentle | wish.com/merchant/5e7ec614e979f95292a605bf |
| 98 | Liander Cream | wish.com/merchant/5e620bb929e7864b19975ea0 |
| 99 | lifei611 | wish.com/merchant/5f150e19e52e9775a2794330 |
| 100 | lijiachengz | wish.com/merchant/5fb88a3ba2771c23a7f57019 |
| 101 | Linda Dillon | wish.com/merchant/5e9004282481274df6ed4f7f |
| 102 | lisiyu3596 | wish.com/merchant/6044931fa56fe6151a6a8fe4 |
| 103 | liuhaimiao fashion | wish.com/merchant/54166b1d82b9ac45e473dda5 |
| 104 | liujianming2018 | wish.com/merchant/5b6a78c2b34ce72ebd561273 |
| 105 | liujielun fashion | wish.com/merchant/541d43da7541ce458de7b0c3 |
| 106 | liuqinhui1998 | wish.com/merchant/5f505b22e7fa5e8e0c8c8bb9 |
| 107 | liuqinrong688 | wish.com/merchant/5a6ed1d57ce75c384bfbf597 |
| 108 | liuxihua2463 | wish.com/merchant/5fed8c65cfc28a7673c5ca1e |
| 109 | liuyumei fashion | wish.com/merchant/541be5007541ce774829420a |
| 110 | mahui5213 | wish.com/merchant/5fcc8018b3d34285d8d1c947 |
| 111 | meimeistore2018 | wish.com/merchant/5a6aba21b23b182b1b8c6d53 |
| 112 | mmnnbbvvaa | wish.com/merchant/5e61bdd12ff71a0de29c2795 |
| 113 | pangzhaoou1 | wish.com/merchant/5e786b93c77ea67e414b48d5 |
| 114 | piaoffyy | wish.com/merchant/5e69f2d93a29e203279f428d |
| 115 | pudochina | wish.com/merchant/57737e02ed0c7f5638d3a107 |
| 116 | qingqing50767 | wish.com/merchant/6094e4895d46371161d919ad |
| 117 | qwoqlsw | wish.com/merchant/5ee5c5c429e78656890d35e4 |
| 118 | qwssd | wish.com/merchant/603c9b5a79bcac4fd32a390a |
| 119 | Rebecca Rodriguez | wish.com/merchant/5e64fc401c32cb6dac119e90 |
| 120 | renpoyi6 | wish.com/merchant/5e7728904fed551980633381 |
| 121 | Rod Boboth | wish.com/merchant/5e8582d8b6ab8d03801a4c49 |
| 122 | Rosalyn1 | wish.com/merchant/5e8c74323a1e89a9ecfb85a0 |
| 123 | sachusve | wish.com/merchant/5fc8d0a5e74ab314f61ace25 |
| 124 | Scott Janssen | wish.com/merchant/5e855ad043cfc705389f3528 |

| No. | Defendant / Seller Alias | Marketplace URL |
| --- | --- | --- |
| 125 | shaoqiu fashion | wish.com/merchant/540fd8a37f086e4e9c80d146 |
| 126 | sobaniafetzsms | wish.com/merchant/5ea01354fac2ae69ed4693fa |
| 127 | songkefan57137 | wish.com/merchant/60516496c0d2a700422198a7 |
| 128 | Soulkisz | wish.com/merchant/612632d6fb62b740d7c7bd86 |
| 129 | strackealejandra | wish.com/merchant/5e8d93b1e290fc1a4d903fb9 |
| 130 | sundan fashion | wish.com/merchant/5412dedc7541ce5a511892af |
| 131 | surprise shi | wish.com/merchant/5d5793c533f0b43632be94fb |
| 132 | vfhhity | wish.com/merchant/5e67257948b5874f4c4bef70 |
| 133 | wanganlin81289 | wish.com/merchant/609651f3acf3fa4d0c715563 |
| 134 | wangshuo47445 | wish.com/merchant/5ff13308b9a6a10d1b38b28e |
| 135 | weiguangsunge | wish.com/merchant/60b0ad5ca646c52265755a78 |
| 136 | wudaipanzhan | wish.com/merchant/5e6309341c32cb17f4119f24 |
| 137 | wufush | wish.com/merchant/5e8eb6c651655356e7d4ee14 |
| 138 | wxb1 | wish.com/merchant/5e5f82baec5cd32c1f412e18 |
| 139 | xiushuizhilishang | wish.com/merchant/5ef9a6ff9ea1982fdecc337f |
| 140 | xuedandan2049 | wish.com/merchant/5ffd50438308b40850bad4dd |
| 141 | yachtsmanship | wish.com/merchant/5fdcc0f54322fa8fd922bed4 |
| 142 | yangchao254 | wish.com/merchant/5ffd5812c565800042b51146 |
| 143 | yangxingyu2219 | wish.com/merchant/5fc9f44265c94a2bb3dd4f31 |
| 144 | zebezhech | wish.com/merchant/5e8ec3c0005c606301ef4c28 |
| 145 | zhangzhoushilongpinmaoyiyouxiangongsi | wish.com/merchant/5521ed3db06ce21d6eeab7f6 |
| 146 | zhaoxinghui5236 | wish.com/merchant/60445c39aacee44780d8288d |
| 147 | zhapmengyuan44705 | wish.com/merchant/606819d51eeac509ebfa51ab |
| 148 | zhar9275 | wish.com/merchant/5e8fffd23795e51300692fb3 |
| 149 | zhefengliss | wish.com/merchant/5f17fdb298ac9648130e6078 |
| 150 | zhenxinmian | wish.com/merchant/5f0457da85a447c2244b9c04 |
| 151 | Zweiwei-Stationery | wish.com/merchant/5ee1d59bb828fa515c6d8a9c |